IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:17-CR-155-L |
| | § | |
| LEYLA NOURIAN (05) | § | |

## ORDER DISMISSING INDICTMENTS AS TO LEYLA NOURIAN

Before the court is the Government's Unopposed Motion to Dismiss the Indictments Against Defendant Leyla Nourian ("Motion") (Doc. 426), filed October 11, 2022. After careful consideration of the record and applicable law, the court **grants** the Motion. The Indictment, filed March 22, 2017, and the Superseding Indictment, filed September 11, 2019, against Defendant Leyla Nourian are hereby **dismissed with prejudice**.

**It is so ordered** this 12th day of October, 2022.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Solo Page